

# Fourth Court of Appeals
## San Antonio, Texas

June 28, 2022

No. 04-22-00310-CR

Julio C. **RIVERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CR2932
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

On June 2, 2022, we ordered appellant to show cause why this appeal should not be dismissed for lack of jurisdiction because it appeared that the notice of appeal was untimely filed. On June 16, 2022, the trial court appointed appellate counsel. Although appellant has not responded to our show cause order, having reviewed the record further, we determine that we have jurisdiction over this appeal. The clerk's record contains at least six notices of appeal, which are out of chronological order. Appellant's first filed notice of appeal was filed in the trial court on March 17, 2022, within the time allowed. *See* TEX. R. APP. P. 26.2(a)(1). Therefore, we retain this appeal on the docket of this court and ORDER the trial court reporter to file the reporter's record on or before **July 27, 2022.**


_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of June, 2022.



Michael A. Cruz,
Clerk of Court